FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:20-MJ-04046-MKD-1 |
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE |
| v. | |
| PATRICK DALE CULPS, JR., | |
| Defendant. | |

At Defendant's February 7, 2020, initial appearance based on a Criminal Complaint, Defendant appeared, in custody.  Assistant Federal Defender Jennifer Barnes advised the Court she gave a copy of the complaint to Defendant but did not meet with him prior to Court due to a conflict with their office.  Assistant U.S. Attorney Richard Barker represented the United States.

Defendant consented to the hearing being held via real-time video connection, with Judge Rodgers and the U.S. Attorney in Spokane, Washington and the Defendant in Yakima, Washington.

The **Initial Appearance is continued to February 10, 2020, at 2:30 p.m.,** to allow time for appointment of CJA counsel.  Parties will appear in Yakima, Washington.  Judge Rodgers will appear by video from Spokane, Washington.

The U.S. Probation Office personnel shall prepare a Pretrial Services Report prior to the detention hearing and shall notify defense counsel prior to interviewing Defendant.

ORDER - 1

**IT IS ORDERED** Defendant is remanded to the custody of the U.S. Marshal pending the hearing or until further order of the Court.

**IT IS SO ORDERED.**

DATED February 7, 2020.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2