FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 11, 2020

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:20-MJ-04046-MKD-1 |
| Plaintiff, | ORDER FOLLOWING INITIAL APPEARANCE |
| v. | |
| PATRICK DALE CULPS, JR., | |
| Defendant. | |

At Defendant's February 10, 2020, initial appearance based on a Criminal Complaint, Defendant appeared, in custody, with Attorney Troy Lee.  Assistant U.S. Attorney Richard Barker represented the United States.  The proceedings were held by real-time video connection, with Judge Rodgers in Spokane, Washington and the parties in Yakima, Washington.  Defendant consented to holding the proceedings by video.

Defendant was advised of, and acknowledged, his rights.

At the request of Defendant, by and through counsel, the **preliminary and detention hearings are set for <u>February 19, 2020 at 1:30 p.m.</u>,** before Judge Dimke.   Recently appointed defense counsel expressed the need to evaluate the information provided by Pretrial Services to date, and asked that a detention hearing be held on February 19, 2020.  The Court finds good cause to hold the detention hearing more than five days after defendant first appeared. 18 U.S.C. § 3142(f)(2)(B).

Pending the hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

**IT IS SO ORDERED.**

DATED February 11, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2